IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -7 P 4: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. |
| | ) (18 U.S.C. 641) |
| ALENE CAIN | ) |
| | ) 2:06 CR 79-VPM |
| | ) |
| | ) INFORMATION |
| | ) |

The United States Attorney charges:

<u>COUNT</u>

On or about the 13th day of January 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **ALENE CAIN** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney


_____
KENT BRUNSON
Assistant United States Attorney


_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

| | | |
|---|---|---|
| **STATE OF AMERICA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD MCINTYRE, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 13 January 2006, via closed circuit video monitors, I observed ALENE CAIN put on a pair of Reebok Tennis Shoes, place her old shoes in the new shoes box, and place the box back on the shelf. CAIN finished shopping. CAIN then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The price of the Reebok Shoes was $18.88.

*[signature]*
EDWARD MCINTYRE

Subscribed and sworn to before me this 14th day of February, 2006.

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

*[signature]*
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS