IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06cr79-VPM |
| | ) | |
| ALENE CAIN | ) | |

## ORDER ON MOTION

On 11 April 2006, the defendant, ALENE CAIN, filed a motion for appointment of counsel. Upon further review, the court finds that the defendant, ALENE CAIN, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Therefore, it is

ORDERED that the motion is GRANTED. The Clerk shall appoint the Public Defender to represent the defendant for all further proceedings. The Public Defender shall file a notice of appearance in the above-styled case.

Done this 12th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case 2:06-cr-00079-VPM    Document 7    Filed 04/12/2006    Page 2 of 2