IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:06cr79-VPM |
| | ) |
| ALENE CAIN | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, Alene Cain, in the above-styled case.

Dated this 21st day of April 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esquire and Neal B. Frazier, Esquire.

                                                     Respectfully submitted,

                                                     s/Jennifer A. Hart
                                                     **JENNIFER A. HART**
                                                     FEDERAL DEFENDERS
                                                     MIDDLE DISTRICT OF ALABAMA
                                                     201 Monroe Street, Suite 407
                                                     Montgomery, AL 36104
                                                     Phone: (334) 834-2099
                                                     Fax: (334) 834-0353
                                                     jennifer_hart@fd.org
                                                     AL Bar Code: HAR189