| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:44 - 10:47 |
| | COURT REPORTER: |

√ ARRAIGNMENT  ❏ CHANGE OF PLEA  ❏ CONSENT PLEA
❏ RULE 44(c) HEARING  ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>   **DEPUTY CLERK:** <u>Wanda A. Robinson</u>
**CASE NUMBER:** 2:06cr79-VPM   **DEFENDANT NAME:** Alene Cain
**AUSA:** Capt. Neal B. Frazier   **DEFENDANT ATTORNEY:** Patricia Kemp
   Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.**   <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
❏ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty   ❏ Nol Contendere
   ❏ Not Guilty by reason of insanity
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):   ❏ dismissed on oral motion of USA
         ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count**
√ **MISDEMEANOR CRIMINAL TRIAL TERM:** 7/17/06 @ 10:00 a.m.
√ **DISCOVERY DISCLOSURE DATE:** 5/16/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Posting a $_____ bond;
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel
√❏ **WAIVER** of Speedy Trial.   CONSENT DATE: 7/10/06